IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AUG 11 2022

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 1:21CR00024-018 |
| | ) | |
| v. | ) | **VERDICT** |
| | ) | |
| **DANNY L. MULLINS, JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

We, the jury, unanimously find as to **DANNY L. MULLINS, JR.**:

**Count One:**          Conspiracy to defraud the United States

_____          ✓
Not Guilty              Guilty


**Count Nineteen:**     Fraud in connection with emergency benefits

_____          ✓
Not Guilty              Guilty


**Count Twenty-Two:**   Conspiracy to commit mail fraud

_____          ✓
Not Guilty              Guilty

**Count Forty:**           Mail fraud

_____        ___✓_____
Not Guilty                Guilty


**Count Sixty-Three:**     Aggravated identity theft

_____        ___✓_____
Not Guilty                Guilty


___Name Redacted___
Foreperson (sign)

2